UNITED STATES of America,
Plaintiff–Appellee,

v.

Brandon L. SINGLETON,
Defendant–Appellant.

No. 07–3399.

United States Court of Appeals,
Seventh Circuit.

June 11, 2009.

J. Christopher Moore, Nicole E. Gorovsky, Office of the United States Attorney, Fairview Heights, IL, for Plaintiff–Appellee.

Daniel T. Cook, Office of the Federal Public Defender, Springfield, IL, Jonathan E. Hawley, Office of the Federal Public Defender, Peoria, IL, Richard H. Parsons, for Defendant–Appellant.

Before FRANK H. EASTERBROOK, Chief Judge, DIANE P. WOOD, Circuit Judge and ANN CLAIRE WILLIAMS, Circuit Judge.

**ORDER**

On November 24, 2008, we issued a limited remand under *United States v. Taylor,* 520 F.3d 746 (7th Cir.2008), asking the district court to inform us whether it wished to resentence Brandon Singleton in light of *Kimbrough v. United States,* 552 U.S. 85, 128 S.Ct. 558, 169 L.Ed.2d 481 (2007). *See United States v. Singleton,*

548 F.3d 589 (7th Cir.2008). The district court has now advised us that it is inclined to resentence Singleton. Therefore, we VACATE Singleton's sentence and REMAND for resentencing.